# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3337
Lower Tribunal Nos. CF23-469-AO, CF21-6873-AO, and CF22-2698-AO

_____

OSIRIS DONTELLIS BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Robert J. Egan, Judge.

August 20, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and WOZNIAK, JJ., concur.

Howard L. "Rex" Dimmig, II, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Tabitha Mills, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED